IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CASE NO: |
| | : 7:24-cr-38–WLS–TQL–8 |
| KEMAREON BRYANT, | : |
| | : |
| Defendant. | : |

## **ORDER**

On October 9, 2024, Defendant Kemareon Bryant ("Bryant") and seven additional Defendants were indicted by a Grand Jury in a five-count Superseding Indictment (Doc. 11).[1] Bryant was arraigned on November 27, 2024, and Michael Granims was appointed as his counsel. (*See* Doc. 16 & Minute Entry 17).

A Protective Order Governing Discovery Materials (Doc. 43) ("Protective Order") was entered December 9, 2024. This Order provides Notice to Defendant Bryant, as a named Defendant in the above-referenced Superseding Indictment, that he and his counsel are subject to the terms of the Protective Order.

Accordingly, Bryant shall have fourteen (14) days from entry of this Order within which to file any objection to the Protective Order. Any such objection shall be accompanied by a supporting brief. Responses by any party may be filed within seven (7) days following any objection by Defendant Bryant.

**SO ORDERED**, this 9th day of December 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] The original Indictment (Doc. 1) against all eight Defendants was handed down by the Grand Jury on September 11, 2024.